JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC VERBUKH, M.D., WEST COAST OCCUPATIONAL MEDICAL GROUP, A MEDICAL CORPORATION,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>MICHAEL O. LEAVITT, SECRETARY OF DEPARTMENT OF HEALTH AND HUMAN SERVICES OF THE UNITED STATES,<br><br>　　　　Defendant. | CASE NO. CV 05-02506 MMM (Ex)<br><br>JUDGMENT FOR PLAINTIFFS |

　　　On June 17, 2009, the court entered an order reversing the decision of ALJ Weir that plaintiffs, Isaac Verbukh, M.D. and West Coast Occupational Medical Group, were required to repay Medicare Part B benefits they had received for treatment provided using the Matrix ProElecDT.

　　　　IT IS ORDERED AND ADJUDGED

　　　1. That as respects plaintiffs Isaac Verbukh, M.D. and West Coast Occupational Medical Group, the order of ALJ Weir in *In re Matrix ProElecDT Consolidated Case* is reversed; and

    2. That plaintiffs are not required to repay the Medicare Part B benefits they received that were the subject that proceeding.

DATED: June 17, 2009

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE